UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.
              v.
HANOVER FOODS CORPORATION,

1 08-cv-3757-RWS
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20____.


_____
UNITED STATES DISTRICT JUDGE

***

**NAME OF PETITIONER:** Nancy A. Rubner Frandsen

**Residence Address:** 467 Glenwyth Road
Street Address

Wayne          PA          19087
City           State       Zip Code

**Business Address:** Woodcock Washburn LLP
Law Firm

2929 Arch St., 12th Floor   Philadelphia  PA   19104
Street Address              City          State Zip Code

_____
Mailing Address if Other Than Street Address

215-564-1223
Telephone Number (include area code)